The People of the State of New York ex rel. Owen Cassidy, Respondent, v. John S. Whalen, Secretary of State, Appellant.— Order affirmed, with costs. No opinion. All concurred. Application for a stay denied.

## FOURTH DEPARTMENT, SEPTEMBER, 1907.

Annie Keefe, Respondent, v. George W. Lee and Benjamin F. Lee, Appellants.— Judgment and order denying motion for new trial affirmed, with costs. All concurred, except Williams, J., and Kruse, J., who dissented. Order granting an additional allowance reversed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of Ernest A. Simes, Respondent, for an Order Requiring Ray W. Merrill, Appellant, to Pay Over Moneys Received by Him Belonging to Ernest A. Simes.— Order modified so as to allow the appellant $300 for services, besides $115.42 for disbursements and direct payment of the balance, with interest, and as modified affirmed, with ten dollars costs and disbursements to appellant. All concurred, except McLennan, P. J., and Spring, J., who dissented.

Mary E. Hackett, Appellant, v. George H. View and Others, Respondents.— Upon filing stipulation and other papers in this action, ordered, that all proceedings herein be stayed until thirty days after the hearing and decision by the Court of Appeals of the appeal pending in that court in the action entitled *Hackett* v. *Emerick*.

The People of the State of New York, Respondent, v. John W. Neff, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Julius Manning, Appellant, v. A. Jacob Rothstein, Respondent.— Motion for reargument denied, without costs.

Mary Brackin, as Administratrix, etc., Respondent, v. Clifford L. Miller and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted.

Anna Arnold, an Infant, by Stephen Giersch, Her Guardian ad Litem, Respondent, v. The National Starch Company, Appellant.— Motion to amend order of reversal herein denied, without costs.

D. Bradley Sweet, Appellant, v. Fannie O. Sweet, Individually, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant shall, within fifteen days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41,* and pay to the respondent's attorney ten dollars costs of this motion, in which event said motion is denied.

---

* General Rules of Practice.— [REP.